UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC. a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FE CORPORATION d/b/a CUSTOMS CASES, a California Corporation; FARSHAD NAJAFI, an Individual; MM CELL CORP d/b/a CUSTOM CASE PHONE REPAIR, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-2946 KJM AC<br><br><br>ORDER |

The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(19).

On August 7, 2024 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 20. No party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2024, are adopted in full;

1

2. Plaintiff's June 6, 2024 motion for default judgment, (ECF No. 17) is GRANTED;

3. The court enters judgment against the defendant on the complaint's claims of Trademark Infringement, False Designation of Origin, Unfair Competition under Cal. Bus. & Prof. Code § 17200, and Common Law Trademark Infringement and Unfair Competition;

4. The court enjoins defendants, and all persons acting by, through, or in concert with the defendants, from using plaintiff's trademarks in any manner;

5. The court grants plaintiff's request for statutory damages in the amount of $150,000; and

6. This case is closed.

DATED: January 30, 2025.

_____
UNITED STATES DISTRICT JUDGE